# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D2024-0495

—————————————————

RICHARD FARINA,

Appellant,

v.

NAVY FEDERAL CREDIT UNION,

Appellee.

—————————————————

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

November 14, 2025

PER CURIAM.

DISMISSED for lack of jurisdiction.

RAY, NORDBY, and TANENBAUM, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Richard Farina, pro se, Appellant.

Charles Porter Gufford of McCalla Raymer Liebert Pierce, LLC, Orlando, for Appellee.